FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 NOV 29 P 2: 18

CLERK _F. Salvatore_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

PENNY SANTIAGO,

      Plaintiff,

vs.

JUNE RYALS CAULEY and
ALTON CAULEY,

      Defendants.

: : : : : : : : :

CIVIL ACTION NO.: CV203-099

## O R D E R

The parties shall file with the Clerk of Court a Supplemental Consolidated Proposed Pretrial Order within thirty (30) days from the date of this Order.

**SO ORDERED**, this _29th_ day of November, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)