IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| PENNY SANTIAGO ) | |
| ) | |
| v. ) | Case No. CV 203-99 |
| ) | |
| JUNE RYALS CAULEY AND ) | |
| ALTON CAULEY ) | |

**ORDER**

The show cause order entered on September 14, 2005 is VACATED.

The Court entered an order on November 29, 2005 that ordered the parties to file a consolidated proposed pretrial order within thirty (30) days, making the pretrial order due on December 28, 2005.

A pretrial conference was scheduled for January 9, 2006; October 3, 2006 and October 16, 2006 and still no pretrial order has been filed despite the Court's order.

Under the rules of this Court, it is the responsibility of counsel for plaintiff to see that the pretrial order is filed.

Accordingly, this case is dismissed without prejudice for failure to file a pretrial order as previously ordered by this court.

SO ORDERED this 18 day of Sept, 2006.

ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA