IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| PENNY SANTIAGO, | |
| Plaintiff, | |
| vs. | CIVIL ACTION NO.: CV203-099 |
| JUNE RYALS CAULEY and ALTON CAULEY, | |
| Defendants. | |

## ORDER

The Plaintiff having moved to reopen this action, for good cause shown, the September 18, 2006, Order is hereby vacated and this matter is re-opened.

SO ORDERED, on this the 11 day of Oct, 2006.

_____
ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA