IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

PENNY SANTIAGO,

    Plaintiff,

vs.

JUNE RYALS CAULEY and
ALTON CAULEY,

  Defendants.

CIVIL ACTION NO.:
CV203-099

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 OCT 11  P 4: 37

## ORDER

The Plaintiff having moved to reopen this action, for good cause shown, the September 18, 2006, Order is hereby vacated and this matter is re-opened.

SO ORDERED, on this the 11 day of Oct, 2006.

_____
ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA